IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NATHAN SIBLOCK *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-682-DII |
| JARED POLLACCO *et al.*, | § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation from United States Magistrate Judge Dustin Howell concerning Plaintiff's Motion to Remand, (Dkt. 6). (R. & R., Dkt. 8). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Howell issued her report and recommendation on September 12, 2023. (*Id.*). Defendants Jared Pollacco and Impact Unlimited, Inc., (collectively, "Defendants") timely filed objections. (Dkt. 9).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendants timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Defendants' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 8), is **ADOPTED**. Plaintiff's motion to remand, (Dkt. 6), is **GRANTED**.

1

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the 261st Judicial District Court, Travis County, Texas.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on October 6, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE